**UNITED STATES COURT OF APPEALS**
**DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| YING QING LU, et al. ) | |
| ) | |
|     Appellants, ) | |
| ) | |
|     v. ) | Case No. 15-7028 |
| ) | |
| MARK LEZELL, et al. ) | |
| ) | |
|     Appellee. ) | |
| ) | |

**APPELLANT LEZELL'S CERTIFICATE AS TO**
**PARTIES, RULINGS AND RELATED CASES**

Appellant, Mark L. Lezell, through undersigned counsel, hereby submits his Certificate as to Parties, Rulings and Related Cases.

**A. PARTIES**

Appellants: Ying Quing Lu; Afshin Afsharnia; Oklahoma Shelf Exploration and Development, LLC.

Appellee: Mark L. Lezell.

**B. RULINGS**

The decision and Order of the United States District Court for the District of Columbia, Case No. 1:11cv-1815, March 6, 2015.

**C. RELATED CASES**.

None.

MARK L. LEZELL
BY COUNSEL

_____
          -s-
Peter L. Goldman, # 416622
 O'REILLY & MARK, P.C.
 524 King Street
 Alexandria, Virginia 22314
 (703) 684-6476 (o)
 (703) 549-3335 (f)
 pgoldmanatty@aol.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 8, 2015, a copy of this Certificate was sent via ECF and mailed, first class, postage prepaid, to: Ning Ye, Esq., 3626A Union Street, # 3F, Flushing, New York 11354.

_____
          -s-
 Peter L. Goldman