# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

| | |
|---|---|
| **No. 15-7028** | **September Term, 2014** |
| | 1:11-cv-01815-JEB |
| | Filed On: August 27, 2015 |

Ying Qing Lu, "Lucy", et al.,

    Appellants

    v.

Mark Lloyd Lezell, doing business as Lezell Law, PC and Isam Ghosh, doing business as Geneva Financial Consultants, LLC,

    Appellees

    **BEFORE:**    Tatel and Pillard, Circuit Judges

## O R D E R

Upon consideration of appellants' motion for an enlargement of time, the opposition thereto, which includes an alternative request for an enlargement of time, and the reply, it is

**ORDERED** that appellants' motion for an enlargement of time be granted. The Clerk is directed to file the lodged corrected brief and appendix. It is

**FURTHER ORDERED** that appellee's request for an enlargement of time to file its brief be granted. The following briefing schedule shall now apply:

| | |
|---|---|
| Appellee's Brief: | October 9, 2015 |
| Appellee's Appendix (if needed): | October 9, 2015 |
| Appellants' Reply Brief: | October 26, 2015 |

### Per Curiam

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                BY:    /s/
                            Robert J. Cavello
                            Deputy Clerk